IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

No. 4:12-CR-00017-F-1
No. 4:16-CV-00191-F

EMMANUEL WALLACE, III,              )
                                     )
            Petitioner,              )
                                     )
      v.                             )           O R D E R
                                     )
UNITED STATES OF AMERICA,            )
                                     )
            Respondent.              )

This matter is before the court on Petitioner's Motion to Vacate, Set Aside, or Correct

Sentence pursuant to 28 U.S.C. § 2255 [DE-85, -87]. Having examined Petitioner's motion

pursuant to Rule 4(b) of the Rules Governing Section 2255 Proceedings, the United States

Attorney is DIRECTED to file an Answer pursuant to Rule 5, Rules Governing Section 2255

Proceedings, or to make such other response as appropriate to the above-captioned § 2255

motion, within **forty (40)** days of the filing of this order.

Petitioner has asserted a challenge based on *Johnson v. United States*, 135 S. Ct. 2551

(2015). Petitioner, however, does not qualify for appointed counsel pursuant to Standing Order

No. 15-SO-2 (E.D.N.C. Oct. 16, 2015) because he had retained counsel when he was previously

before this court.

SO ORDERED.

This 22 day of August, 2016.

_____
James C. Fox
JAMES C. FOX
SENIOR UNITED STATES DISTRICT JUDGE